# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KEVIN L. FORTSON & DONNA R. FORTSON  Case Number: 06-70391
3128 CHADWICK DRIVE                        SSN-xxx-xx-9729 & xxx-xx-0194
ROCKFORD, IL 61109

Case filed on: 3/21/2006
Plan Confirmed on: 8/7/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $20,400.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
|  | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 999 | KEVIN L. FORTSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | DAIMLER CHRYSLER SERVICES | 19,900.94 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 19,900.94 | 0.00 | 0.00 | 0.00 |
| 002 | ATTORNEY TERRY HOSS & | 99.00 | 99.00 | 79.62 | 0.00 |
| 003 | BENEFICIAL ILLINOIS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 1,065.62 | 165.70 | 165.70 | 0.00 |
| 005 | CARDHOLDER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | RESURGENT CAPITAL SERVICES | 3,109.81 | 3,109.81 | 2,500.91 | 0.00 |
| 007 | EMERGE MASTERCARD GOLD | 1,458.70 | 1,458.70 | 1,173.08 | 0.00 |
| 008 | FIRST EXPRESS | 1,469.28 | 1,469.28 | 1,181.59 | 0.00 |
| 009 | FINGERHUT | 891.91 | 891.91 | 717.27 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 1,276.09 | 1,276.09 | 1,026.23 | 0.00 |
| 011 | MARSHALL FIELD | 155.63 | 155.63 | 125.16 | 0.00 |
| 012 | MUTUAL MANAGEMENT SERVICES | 354.83 | 354.83 | 285.35 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 397.66 | 397.66 | 319.80 | 0.00 |
| 014 | FIGI'S INC | 258.88 | 258.88 | 208.19 | 0.00 |
| 015 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | WELLS FARGO FINANCIAL RETAIL CREDIT/ | 1,841.98 | 1,841.98 | 1,481.32 | 0.00 |
| 018 | SOUTHWEST CREDIT SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | SPIEGELS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | BECKET & LEE, LLP | 1,609.80 | 1,609.80 | 1,294.60 | 0.00 |
| 021 | SWEDISH AMERICAN MEDICAL GROUP | 235.40 | 235.40 | 189.31 | 0.00 |
| 022 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 240.05 | 240.05 | 193.04 | 0.00 |
| 023 | WORLD FINANCIAL NETWORK NATIONAL BANK | 398.58 | 398.58 | 320.54 | 0.00 |
| 024 | CITIFINANCIAL MORTGAGE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CAPITAL ONE | 327.04 | 327.04 | 263.01 | 0.00 |
| 026 | CAPITAL ONE | 1,996.11 | 1,996.11 | 1,605.27 | 0.00 |
| 027 | CAPITAL ONE | 3,099.51 | 3,099.51 | 2,492.62 | 0.00 |
| 028 | ECAST SETTLEMENT CORPORATION | 315.00 | 315.00 | 253.33 | 0.00 |
| 029 | DANA AUSHERMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | MURIEL LESHER | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | RECOVERY MANAGEMENT SYSTEMS CORP | 460.49 | 460.49 | 370.33 | 0.00 |
| 032 | MUTUAL MANAGEMENT SERVICES | 601.75 | 601.75 | 483.93 | 0.00 |
| 033 | MUTUAL MANAGEMENT SERVICES | 228.25 | 228.25 | 183.56 | 0.00 |
|  | Total Unsecured | 21,891.37 | 20,991.45 | 16,913.76 | 0.00 |
|  | Grand Total: | 44,134.06 | 23,333.20 | 19,255.51 | 0.00 |

Total Paid Claimant:    $19,255.51
Trustee Allowance:      $1,144.49     Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    80.57      discharging the trustee and the trustee's surety from any and all
                                      liablility on account of the within proceedings, and closing the estate,
                                      and for such other relief as is just. Pursuant to FRBP, I hereby
                                      certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008                    By  /s/Heather M. Fagan